UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ELIZABETH VAUGHN,

      Plaintiff,

                        Case No. 3:14-cv-02341
  vs.                  JUDGE ALETA A. TRAUGER
                        Magistrate Judge King

SOCIAL SECURITY ADMINISTRATION,

      Defendant.


<u>ORDER</u>


On July 5, 2017, the United States Magistrate Judge recommended that the Motion for Judgment be denied, that the decision of the Commissioner be affirmed, that this action be dismissed, and that final judgment be entered pursuant to Sentence 4 of 42 U.S.C.§ 405(g). Report and Recommendation (Doc. No. 16). Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation (Doc. No. 16) is **ADOPTED AND AFFIRMED**. The Motion for Judgment (Doc. No. 13) is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                _____
                              ALETA A. TRAUGER
                              U.S. DISTRICT JUDGE

1